**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   INEZ JONES                            §
                                               §   Case No.: 12-01764
                                               §
                                               §
                                               §
                                               §
         Debtor(s)                             §
------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/19/2012.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 03/19/2012.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 6

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    22,876.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor     $_____.00

    Less amount refunded to debtor     $_____.00

**NET RECEIPTS**     $_____.00

**Expenses of Administration:**

    Attorney's Fees Paid through the Plan     $_____.00

    Court Costs     $_____.00

    Trustee Expenses and Compensation     $_____.00

    Other     $_____.00

**TOTAL EXPENSES OF ADMINISTRATION**     $_____.00

Attorney fees paid and disclosed by debtor     $_____500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAG | UNSECURED | NA | 3,957.95 | 3,957.95 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 3,587.06 | 3,640.44 | 3,640.44 | .00 | .00 |
| OCWEN LOAN SVC | SECURED | 64,830.36 | .00 | .00 | .00 | .00 |
| OCWEN LOAN SVC | SECURED | 20,750.38 | .00 | 20,750.38 | .00 | .00 |
| WELLS FARGO BANK NA | OTHER | .00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY | UNSECURED | 972.15 | NA | NA | .00 | .00 |
| LEASE FINANCE GROUP | UNSECURED | 1,519.62 | NA | NA | .00 | .00 |
| WFNNB/BRYLANE HOME | UNSECURED | 1,179.01 | NA | NA | .00 | .00 |
| WFNNB/CHADWICKS | UNSECURED | 1,621.44 | NA | NA | .00 | .00 |
| EQUABLE ASCENT FINAN | UNSECURED | 1,027.19 | 807.18 | 807.18 | .00 | .00 |
| EQUABLE ASCENT FINAN | UNSECURED | 3,956.81 | 4,811.43 | 4,811.43 | .00 | .00 |
| WFNNB/METROSTYLE | UNSECURED | 1,937.00 | NA | NA | .00 | .00 |
| WFNNB ROAMANS | UNSECURED | 880.43 | NA | NA | .00 | .00 |
| SAMS CLUB | UNSECURED | 2,918.27 | NA | NA | .00 | .00 |
| SHOP NBC | UNSECURED | 359.96 | NA | NA | .00 | .00 |
| ACL LAB | UNSECURED | 403.50 | NA | NA | .00 | .00 |
| EQUABLE ASCENT FINAN | UNSECURED | 408.00 | 425.58 | 425.58 | .00 | .00 |
| ASSOC IN MED ONCOLOG | UNSECURED | 2,855.00 | NA | NA | .00 | .00 |
| COTTAGE EMERGENCY PH | UNSECURED | 621.00 | NA | NA | .00 | .00 |
| THE FRIEDELL CLINIC | UNSECURED | 529.00 | NA | NA | .00 | .00 |
| MID AMERICA CARDIOVA | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| NEUROLOGIC ASSOCIATE | UNSECURED | 3,105.00 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 36.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| Scheduled Creditors:                                                           |
|                                                                                |
| Creditor                    Claim          Claim          Claim      Principal         Int.  |
|   Name            Class   Scheduled      Asserted       Allowed         Paid           Paid  |
|                                                                                |
|OAKLAWN RADIOLOGY IM  UNSECURED      43.00          NA             NA              .00          .00 |
|OAKLAWN RADIOLOGY IM  UNSECURED      36.00          NA             NA              .00          .00 |
|SUPER AIR GRAND AMB   UNSECURED     898.64          NA             NA              .00          .00 |
|TRACY AMBULANCE SERV  UNSECURED     590.00          NA             NA              .00          .00 |
|US DIAGNOSTICS        UNSECURED      49.48          NA             NA              .00          .00 |
|GRANITE RECOVERY LLC  UNSECURED          NA   16,982.25      16,982.25             .00          .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 20,750.38 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 20,750.38 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 30,624.83 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/09/2012              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**